## SMALL *vs.* SPARKS & SON *et al.*

The right of appeal presupposes an issue to be tried by a jury. If in a case in a county court the amount in controversy was more than fifty dollars, and the case involved a question of fact, appeal was the proper remedy; if no question of fact was involved, but the case rested solely on questions of law, *certiorari* was the proper remedy. 46 *Ga.*, 41; 53 *Ib.*, 569.

(*a.*) Where the judge of the county court of Bbb county dismissed a case before him on demurrer, there was no question of fact involved, and *certiorari* was the proper remedy. An appeal to the superior court from such a ruling was properly dismissed.

| 69 | 745 |
|---|---|
| 86 | 585 |
| 69a | 745 |
| 91 | 277 |
| 69a | 745 |
| 99 | 661 |
| 69a | 745 |
| 100 | 316 |
| 100 | 406 |
| 69a | 745 |
| 104 | 779 |
| 69a | 745 |
| d113 | 116 |

October 24, 1882.

CRAWFORD, Justice.